**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

JESSE R. ENJAIAN,

    Plaintiff,

v.                                                  Case No. 14-cv-13297

MARK S. SCLISSEL, *et al.*,

    Defendants.
_____/

**AMENDED[1] ORDER DENYING PLAINTIFF'S MOTION TO STRIKE ANSWER**

    Pending before the court is a Motion to Strike, in part, the Defendants' Answer, filed by Plaintiff on October 14, 2014. (Dkt. # 12.) However, that same day Plaintiff amended his complaint as of right. *See* Fed. R. Civ. P. 15 (a)(1)(B). This rendered the original Complaint—and by extension, the Answer—nullities.[2] *Drake v. City of Detroit*, 266 F. App'x 444, 448 (6th Cir. 2008). Accordingly,

    IT IS ORDERED that Plaintiff's Motion to Strike, in part, the Defendants' Answer (Dkt. # 12) is DENIED AS MOOT.

                                      s/Robert H. Cleland
                                      ROBERT H. CLELAND
                                      UNITED STATES DISTRICT JUDGE

Dated: November 2, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 2, 2014, by electronic and/or ordinary mail.

                                      s/Lisa Wagner
                                      Case Manager and Deputy Clerk
                                      (313) 234-5522

---

    [1]The original order incorrectly indicated the motion was filed by Defendants.

    [2]The court notes, however, that there was nothing improper about Defendants' Answer and that another motion to strike directed at a similar Answer to the Amended Complaint would likely be futile.

S:\Cleland\JUDGE'S DESK\C2 ORDERS\14-13297.ENJAIAN.MotiontoStrike.ml.wpd