**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

JESSE R. ENJAIAN,

    Plaintiff,

v.                                           Case No. 14-cv-13297

MARK S. SCLISSEL, *et al.*,

    Defendants.
_____/

**ORDER SETTING BRIEFING SCHEDULE**

        On January 7, 2015, the court held a telephone conference with the parties. Defendants intend to file a motion for judgment on the pleadings. The parties have agreed to a briefing schedule. Accordingly,

        IT IS ORDERED that Defendants shall file their Motion for Judgment on the Pleadings by **February 6, 2015**. Plaintiff shall file his response by **February 27, 2015**. Defendants' reply, if any, shall be filed by **March 6, 2015**.[1]

                                        s/Robert H. Cleland
                                        ROBERT H. CLELAND
                                        UNITED STATES DISTRICT JUDGE

Dated: January 11, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 11, 2015, by electronic and/or ordinary mail.

                                        s/Lisa Wagner
                                        Case Manager and Deputy Clerk
                                        (313) 234-5522

---

[1] If the motion does fully dispose of this case, a scheduling order providing for between five and six months of discovery shall be entered forthwith.