# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JESSE R. ENJAIAN,

    Plaintiff,

v.                                        Case No. 14-cv-13297

MARK S. SCHLISSEL, *et al.*,

    Defendants.

_____/

## JUDGMENT

In accordance with the court's "Order Granting Defendants' Motion for Judgment on the Pleadings and Summary Judgment and Denying Plaintiff's Motion for Sanctions dated May 27, 2015,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff. Dated at Detroit, Michigan, this 28th day of May 2015.

                                          DAVID J. WEAVER
                                          CLERK OF THE COURT

                                           s/ Lisa Wagner
                                      By: Lisa Wagner, Case Manager
                                        to Judge Robert H. Cleland